UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TECHNICHEM, INC., et al.,<br><br>　　　　Defendants. | Case No.  15-cv-03611-VC<br><br>**ORDER RECONSIDERING PRIOR ORDER GRANTING IN PART MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 53 |

　　　　The Court previously granted in part the plaintiffs' motion to shorten time with respect to the hearing on the defendants' motion to dismiss, rescheduling that hearing from January 21 to January 14.  The plaintiffs' counsel has since informed the Court that he is unable to attend a hearing on January 14.  Accordingly, the Court reconsiders its prior order, and now denies the plaintiffs' motion to shorten time.  The motion to dismiss will be heard at 10 a.m. on January 21, 2016.

　　　　**IT IS SO ORDERED.**

Dated: December 28, 2015

_____
VINCE CHHABRIA
United States District Judge